# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 22-2839

———————————————

United States of America

*Plaintiff   Appellee*

v.

Casey Fontaine Westerfield

*Defendant   Appellant*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Eastern

——————————

Submitted: December 27, 2022
Filed: December 30, 2022
[Unpublished]

——————————

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

Casey Westerfield appeals the sentence the district court[1] imposed after he pleaded guilty to a gun offense. His counsel has moved for leave to withdraw and has

———————————————

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

Having reviewed the record under a deferential abuse-of-discretion standard of review, <u>see</u> <u>Gall v. United States</u>, 552 U.S. 38, 41, 51 (2007), we conclude the district court did not impose a substantively unreasonable sentence. The court considered the statutory sentencing factors and did not overlook a relevant factor, give significant weight to an improper or irrelevant factor, or commit a clear error of judgment in weighing relevant factors. <u>See</u> 18 U.S.C. § 3553(a); <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); <u>see also</u> <u>United States v. Dunn</u>, 928 F.3d 688, 694 (8th Cir. 2019). We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment and grant counsel's motion to withdraw.

_____